IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**TUNYA DENISE JENKINS** **PLAINTIFF**

**VERSUS** **CIVIL ACTION NO. 2:05CV23-**

**CYNTHIA REDMOND JENKINS, et al** **DEFENDANTS**

## ORDER

This cause is before the Court on the plaintiff's Motion to Stay Plaintiff's Earlier Filed Motion to Remand to State Court Pending the Court's Ruling on Summary Judgment [50]. The Court, having reviewed the motion, the response, the authorities cited and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is not well-taken and should be denied.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the plaintiff's Motion to Stay Plaintiff's Earlier Filed Motion to Remand to State Court Pending the Court's Ruling on Summary Judgment [50] is not well-taken and should be, and hereby is, DENIED.

SO ORDERED, this the 8th day of February, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE